# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00222-CV

**Zenobia Joseph, Appellant**

**v.**

**Hilltop Residential Bristol Heights, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-23-000974, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due January 2, 2024. On March 20, 2024, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by April 19, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Kelly

Dismissed for Want of Prosecution

Filed: May 1, 2024